### Ziad AKL, M.D., F.A.C.P, Plaintiff—Appellant,

v.

**VIRGINIA HOSPITAL CENTER AR-LINGTON HEALTH SYSTEM; Infectious Diseases and Medical Associates, Inc.; Yorke Allen, MD; Gary Brown, Esq.; M. Anthony Casolaro, MD; James Cole; William Dougherty, MD; Beth Dyson–Muskopf; John Garrett, MD; Robert Holman, MD; Frank McGrath, MD; Archie McPherson, MD; Talal Munasifi, MD; Bonnie O'Hare; Laura Pederson, RN; Marlana Pleger, RN; Steven Zimmet, MD, Defendants—Appellees.**

No. 07–1556.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: April 16, 2009.

Kenneth Rosenau, Washington, D.C., for Appellant. Deborah B. Baum, Pillsbury Winthrop Shaw Pittman, LLP, Washington, D.C., for Appellees.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ziad Akl appeals from the district court's order granting the Defendants' motion and dismissing his complaint in which he alleged numerous claims arising from the revocation of his medical privileges at the Virginia Hospital Center–Arlington Health Systems. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and order and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *See Akl v. Virginia Hosp. Ctr.,* No. 1:07–cv–00073–CMH (E.D.Va. July 18, 2007); *see Modaber v. Culpeper Mem. Hosp. Inc.,* 674 F.2d 1023, 1026 (4th Cir.1982). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*